**Motion GRANTED and Order filed May 27, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00366-CV

_____

### IN RE HILLIER RESTORATION, LLC, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
270th District Court
Harris County, Texas
Trial Court Cause No. 2022-23268

## ORDER

On May 25, 2022, relator Hillier Restoration, LLC, filed a first amended petition for writ of mandamus in this court. Relator asks this court to order the Honorable Dedra Davis, Judge of the 270th District Court, in Harris County, Texas, to set aside her May 16, 2022 order, granting real party in interest's verified petition for an order authorizing the taking of a deposition to investigate a potential claim pursuant to Texas Rule of Civil Procedure 202, which was entered in trial court

number 2022-23268, styled *Marlow v. Hillier Restoration LLC d/b/a Paul Davis a/k/a PDR of Greater Houston, TX*.

Relator has also filed a motion for temporary stay of proceedings below.  *See* Tex. R. App. P. 52.8(b), 52.10.  On May 20, 2022, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the May 16, 2022 order in trial court cause number 2022-23268, *Marlow v. Hillier Restoration LLC d/b/a Paul Davis a/k/a PDR of Greater Houston, TX,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Sandra Shelton Marlow to file a response to the petition for writ of mandamus on or before June 17, 2022.  *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.